UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| RUBY MAE CONSTANCE, ET AL. | DOCKET NO. 12-CV-01252 |
| VS. | JUDGE MINALDI |
| AUSTRAL OIL EXPLORATION COMPANY, INC., ET AL. | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Docs. 44, 45], and after an independent review of the record, and noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the plaintiffs' claims against Austral Oil Exploration Company, Inc., be **DISMISSED**;

**IT IS FURTHER ORDERED** that, as Austral Oil Exploration Company, Inc. was the only non-diverse defendant who could destroy diversity jurisdiction in this case pursuant to 28 U.S.C. § 1332, the Magistrate Judge's decision denying the plaintiffs' Motion to Remand is **AFFIRMED**.

Lake Charles, Louisiana, this ____ day of _____, 2013.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE